**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| ROBERTO OROZCO-RAMIREZ, <br><br> Plaintiff, <br><br> v. <br><br> Joe VISSER, Facility Warden at Cascade County Detention Center, Great Falls, Montana; et al., <br><br> Defendants. | **CV-26-252-GF-BMM** <br><br><br> **ORDER** |

Plaintiff Roberto Orozco-Ramirez has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 alleging that Plaintiff is in custody in violation of the Constitution or laws of the United States. The Court has discretion to determine when a response to a § 2241 habeas petition is due. *See*, *e.g.*, Sect. 2254 Rule 1(b) ("The district court may apply any or all of these rules to a habeas corpus petition not covered by" 28 U.S.C. § 2254); *Clutchette v. Rushen*, 770 F.2d 1469, 1474−75 (9th Cir. 1985) (pursuant to Habeas Rule 4, the federal court has discretion to fix a time to file an answer beyond the time periods set forth in 28 U.S.C. § 2243). A court considering a habeas corpus petition "shall forthwith award the writ or issue

1

an order directing the respondent to show cause why the writ should not be granted." 28 U.S.C. § 2243.

The Court finds that the Petition establishes a *prima facie* case for relief. Therefore, the Court directs that the Petition be served on the United States Attorney's Office for the District of Montana ("USAO") and directs Defendants to show cause why the writ of habeas corpus should not be granted. The Court also sets a briefing schedule for the Petition. The Court ORDERS:

1. The Clerk is directed to effectuate immediate service, if service has not already been accomplished, of the habeas petition filed in this case upon Defendants.

2. The Clerk of Court is directed to add the United States Attorneys' Office for the District of Montana to the docket as an Interested Party.

3. The Clerk of Court is directed to Mail a copy of the Petition (Doc. 1) and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to Joe Visser, Facility Warden, Cascade County Detention Center, 3800 Ulm North Frontage Road, Great Falls, MT, 59404.

4. Defendants shall file a notice of appearance within five days of the date of this Order.

5. Defendants shall file a response to the habeas petition no later than May 7, 2026. Any arguments that the petition should be dismissed shall be made in the response and not by separate motion.

6. Any reply by Plaintiff shall be filed no later than May 14, 2026.

7. Defendants shall not transfer Plaintiff out of the District of Montana or remove him from the United States.

8. If either party seeks an expedited or enlarged briefing schedule, counsel for that party shall contact the opposing counsel promptly to meet and confer. The parties shall then file a joint expedited motion, noted for the same day it is filed, that contains either an agreed briefing schedule or the parties' competing proposals for a briefing schedule.

DATED this 23rd day of April 2026.

_____
Brian Morris, Chief District Judge
United States District Court

3