IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| Roberto OROZCO-RAMIREZ,<br><br>    Petitioner-Plaintiff,<br><br>    v.<br><br>Joe VISSER, et al.;<br><br>    Respondents-Defendants. | Case No.: 4:26-CV-00252BMM<br><br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXPEDITE/MODIFY BRIEFING AND HEARING SCHEDULE** |

Counsel for the Petitioner-Plaintiff having filed an unopposed motion to expedite/modify the briefing and hearing schedule, and the Court finding good cause therefore,  IT IS HEREBY ORDERED that:

1. Petitioner-Plaintiff's unopposed motion is GRANTED;

2. Respondents-Defendants shall file an answer/response to the habeas petition no later than **May 4, 2026.** Any arguments that the petition should be dismissed shall be made in the response and not by separate motion.

3. Any traverse/reply by Petitioner-Plaintiff shall be filed no later than **May 8, 2026.**

4. The hearing on the Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief is reset for **May 12, 2026, at**

1

No.

**10:00 a.m**. at the Missouri River Federal Courthouse in Great Falls, Montana before Judge Brian Morris.

5.  Roberto Orozco-Ramirez will appear in person at the Missouri River Federal Courthouse, Great Falls, Montana for this hearing.

DATED this 30th day of April, 2026.


Brian Morris, Chief District Judge
United States District Courts

No.