IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| Roberto OROZCO RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Joe VISSER, Facility Warden at Cascade County Detention Center, Great Falls, Montana; Ruben LEYVA, Acting Field Office Director for ICE ERO Salt Lake City; Todd M. LYONS, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; Markwayne MULLIN, in his Official Capacity, Secretary, U.S. Department of Homeland Security; Todd BLANCHE, in his Official Capacity, Acting Attorney General of the United States; and U.S. Customs and Border Protection,<br><br>　　　　Defendants. | CV 26-252-GF-BMM<br><br><br>ORDER |

The United States has filed a motion for leave to file under seal its exhibits to its upcoming response to Plaintiff's habeas petition.

WITH GOOD CAUSE SHOWN, the motion is GRANTED.   The United States may file its response brief exhibits under seal.

DATED this 1st day of May, 2026.

_____
Brian Morris, Chief District Judge
United States District Courts