Case 4:26-cv-00252-BMM Document 31 Filed 08/10/26 Page 1 of 2

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| Roberto OROZCO RAMIREZ,<br><br>Petitioner-Plaintiff,<br><br>v.<br><br>Joe VISSER, et.al.;<br><br>Respondents-Defendants. | Case No. 4:26-cv-00252-BMM<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FILE APPLICATION UNDER EAJA** |

Upon consideration of the Parties' joint stipulation, and finding good cause, IT IS HEREBY ORDERED that the deadline for Petitioner to file his application for attorneys' fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), is extended by forty-five days, and the application is hereby due on September 28, 2026.

DATED this 10th day of August 2026.

Brian Morris, Chief District Judge
United States District Courts