UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| Roberto OROZCO RAMIREZ,<br><br>Petitioner-Plaintiff,<br><br>v.<br><br>Joe VISSER, et.al.;<br><br>Respondents-Defendants. | Case No. 4:26-cv-00252-BMM<br><br>**ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND TIME TO FILE APPLICATION UNDER EAJA** |

Upon consideration of the Parties' joint stipulation, and finding good cause, IT IS HEREBY ORDERED that the deadline for Petitioner to file his application for attorneys' fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), is extended by forty-five days, and the application is hereby due on November 12, 2026.

DATED this 28th day of September 2026.

Brian Morris
United States District Court Judge